

# Phillips Lytle LLP

**CM-ECF and First Class Mail**    December 28, 2012

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Re:    In re Umbert Perillo
       Case No. 12-11945-1-rel

Dear Judge Littlefield:

We represent American Tax Funding, LLC ("ATF"), a creditor of the Debtor in the above-referenced case. On December 26, 2012, ATF filed its Default Motion for an Order Granting Relief from the Automatic Stay ("Motion") (Docket No. 21).

ATF respectfully requests that the Court withdraw Motion.

Very truly yours,

Phillips Lytle LLP


By  /s/ Joshua P. Fleury

Joshua P. Fleury

JPF2ht
Doc # 01-2628517.1


cc:    Laura L. Silva, Esq. (via CM-ECF and email)

**Joshua P. Fleury**
Direct **716 847 5431**  jfleury@phillipslytle.com

ATTORNEYS AT LAW
————

3400 HSBC CENTER  BUFFALO, NY 14203-2887  PHONE 716 847 8400  FAX 716 852 6100

BUFFALO  ALBANY  CHAUTAUQUA  GARDEN CITY  NEW YORK  ROCHESTER  WWW.PHILLIPSLYTLE.COM